IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Farrow, Kevin M | Case Number: 08 B 15238 |
|---|---|---|
| | Farrow, Nancy L | Judge: Wedoff, Eugene R |
| | Printed: 10/29/08 | Filed: 6/13/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Dismissed: September 11, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 0.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 0.00 |
| Other Funds: | | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Sallie Mae | Unsecured | 0.00 | 0.00 |
| 2. | United States Dept Of Education | Unsecured | 0.00 | 0.00 |
| 3. | Jefferson Capital Systems LLC | Unsecured | 1,961.49 | 0.00 |
| 4. | Portfolio Recovery Associates | Unsecured | 1,296.77 | 0.00 |
| 5. | Capital One | Unsecured | 5,186.18 | 0.00 |
| 6. | City Of Chicago Dept Of Revenue | Unsecured | 500.00 | 0.00 |
| 7. | Capital One | Unsecured | 587.94 | 0.00 |
| 8. | Jefferson Capital Systems LLC | Unsecured | 1,360.38 | 0.00 |
| 9. | Cook County Treasurer | Secured | | No Claim Filed |
| 10. | Chicago Tribune | Unsecured | | No Claim Filed |
| 11. | City Of Chicago Dept Of Revenue | Unsecured | | No Claim Filed |
| 12. | Loyola University Phys Foundation | Unsecured | | No Claim Filed |
| 13. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 14. | Loyola University Phys Foundation | Unsecured | | No Claim Filed |
| | | | $ 10,892.76 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| | $ 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Farrow, Kevin M  
  Farrow, Nancy L  
  Printed: 10/29/08

Case Number:  08 B 15238  
Judge:  Wedoff, Eugene R  
Filed:  6/13/08

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

